**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARNELL CORBIN and** | : | **CIVIL ACTION** |
| **SHANEEN DAVIS** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **HM DISTRIBUTION LLC a/k/a TAOS** | : | |
| **GLOBAL GROUP and ZHONGBIN GAO** | : | **NO. 22-2759** |

## ORDER

**NOW,** this 11th day of August, 2022, upon consideration of the Notice of Removal of Action Pursuant to 28 U.S.C. § 1441 (Document No. 1) and the plaintiffs' complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.